IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv51
(3:06cr7)

| | |
|---|---|
| THOMAS L. FRANKLIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court on its own motion.

An evidentiary hearing regarding Petitioner's claim that his attorney refused to file an appeal has been scheduled for Monday, April 4, 2011 at 9:40 a.m. in the Robert D. Potter Courtroom of the United States Courthouse in Charlotte, North Carolina. (Doc. No. 10).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have Petitioner, Thomas Lagene Franklin (Reg. No. 11045-058), present in Charlotte, North Carolina forthwith, but not later than April 4, 2011 at 9:40 a.m. for the hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the Community Defender, the United States Attorney, and the United States Marshals Service.

Signed: February 4, 2011

Robert J. Conrad, Jr.