# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Thomas Lagene Franklin,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:08-cv-51

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2012 Order.

                                Signed: March 13, 2012

Frank G. Johns, Clerk
United States District Court